Dorothy H. Burton, Respondent, v. Albany Art Union, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: Does section 51 of the Civil Rights Law* authorize plaintiff to recover damages in an action at law upon the facts alleged in the first cause of action set forth in the complaint herein? Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Estate of Barnard George Parker, Deceased.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

Fonda, Johnstown and Gloversville Railroad Company, Appellant, v. Board of Hudson River Regulating District, and Vincent B. Murphy, as Comptroller of the State of New York, Respondents. Adirondack Power and Light Corporation and Others, Defendants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Application of Cyrus Durey to Perpetuate the Testimony of Truman J. Whitman.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and the following question certified: " Is the respondent's petition sufficient to sustain an order permitting him to take the testimony by deposition of Truman J. Whitman under article 31 of the Civil Practice Act? " Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

The Union National Bank of Troy, N. Y., as Administrator with the Will Annexed of and also as Trustee under the Last Will, etc., of Edward F. Murray, Deceased, Plaintiff, v. Mary M. Murray and Others, Defendants.— Motion denied. Decision† amended by adding thereto the following: " The court finds that defendants Mary M. Murray and Helen F. Murray, at the time of the death of Edward F. Murray, had in their possession one thousand seven hundred and thirteen dollars and seventy-eight cents, undistributed income belonging to such decedent, which sum plaintiff is entitled to recover from defendants Mary M. Murray and Helen F. Murray." Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of Anthony Kulewiak, Respondent, against Eagle Ice Company, Defendant, and Norwich Union Indemnity Company, Insurance Carrier, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

William H. Libolt, Respondent, v. Leon Kaplan, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

The People of the State of New York on the Application of Gottlieb J. Rencher, Petitioner, Appellant, v. Chester S. Lord and Others, Constituting the Board of Regents of the University of the State of New York, Respondents.— Order unanimously affirmed, with ten dollars costs and d'sbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.